UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ILDEFONSO DE JESUS CARPIO; VERONICA M. ABREGO,<br><br>        Plaintiff,<br><br>    v.<br><br>BNC MORTGAGE, INC.; CHASE HOME FINANCE; NDEX WEST LLC; and DOES 1 to 100, Inclusive,<br><br>        Defendants. | Case No. EDCV 09-479-VAP (RZx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint against CHASE HOME FINANCE is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: April 16, 2009

                                       /s/ Virginia A. Phillips<br>
                                       VIRGINIA A. PHILLIPS<br>
                                       United States District Judge